OCTOBER 21, 1997

No. 97–6364 (A–274). IN RE BANNISTER. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

OCTOBER 24, 1997

No. 97–467. DENGLE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.

OCTOBER 28, 1997

No. 97–6541 (A–307). RANSOM *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

OCTOBER 31, 1997

No. 97–174. CASS COUNTY, MINNESOTA, ET AL. *v.* LEECH LAKE BAND OF CHIPPEWA INDIANS. C. A. 8th Cir. Certiorari granted.

No. 97–372. UNITED STATES *v.* UNITED STATES SHOE CORP. C. A. Fed. Cir. Certiorari granted.